UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **In re:** | Case No.: 6:15-bk-01720-KSJ |
| | Chapter 7 Proceeding |
| **YERIAN, KEITH A.,** | |
|     **Debtor.** | |
| _____/ | |
| **RICHARD B. WEBBER, II,** | |
| **CHAPTER 7 TRUSTEE,** | |
|     **Plaintiff.** | |
| **v.** | Adv. Pro. Case No.: 15-ap-64 |
| **KEITH A. YERIAN and** | |
| **SUN Y. PAK,** | |
|     **Defendants.** | |
| _____/ | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR BANKRUPTCY NOTICE

The Defendants, **Keith A. Yerian and Sun Y. Pak,** by and through undersigned counsel, hereby files this their Notice of Appearance of Co-Counsel and Request for Notice and state:

1. Pursuant to Bankruptcy Rule 2002, the Defendants listed above request all notices, pleadings, motions, disclosure statements and/or plans of reorganization, schedules, amendments thereto, and other papers required to be served on creditors, debtors, trustees or other interested parties (whether served by the Court or any other party) be served on the undersigned; and further, that the undersigned be added to the Court's master mailing list.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished on this 3rd day of July 2015 by CM/ECF to:

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Richard B Webber, Trustee
rbwebber@ecf.epiqsystems.com

Bradley J. Anderson, Esq.
banderson@wfirm.com

                        BRETT A. ELAM, P.A.
                        Attorney for Defendants
                        105 S. Narcissus Avenue
                        Suite 802
                        West Palm Beach, FL 33401
                        (561) 833-1113 (telephone)
                        (561) 833-1115 (facsimile)

By: /s/ Brett A. Elam            .
      BRETT A. ELAM
      Florida Bar No. 576808