UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| KEITH A. YERIAN, ) | Case No. 6:15-bk-01720-KSJ |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| RICHARD B. WEBBER II, as Chapter 7 ) | |
| Trustee, ) | |
| ) | |
| Plaintiff, ) | Adversary No. 6:15-ap-00064-KSJ |
| vs. ) | |
| ) | |
| KEITH A. YERIAN and SUN Y. PAK, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## ORDER PARTIALLY GRANTING DEBTOR'S MOTION FOR TURNOVER

This case came on for consideration for hearing on November 19, 2015 on (1) Debtor's Motion for Turnover of Unlawful Recording (Doc. No. 28) and (2) Trustee's Amended Motion for Authority to Listen to the Recording or, in the alternative, to Destroy the Recording (Doc. No. 31). The Court, having reviewed the Motions, heard argument of counsel, and being fully

advised in the premises finds that the Debtor's Motion should be partially granted and the Trustee's Motion should be denied. Accordingly, it is:

**ORDERED:**

1. Debtor's Motion for Turnover of Unlawful Recording is PARTIALLY GRANTED.

2. Trustee's Amended Motion for Authority to Listen to the Recording, or in the alternative, to Destroy the Recording is DENIED.

3. The Trustee shall turn over the recording to the Court and hand deliver the recoding to the Court.

4. The recording shall be maintained by the Court, under seal, subject to an order from a Court that has jurisdiction over any proceedings relating to or arising from the recording.

Ordered: 12/2/2015

KAREN S. JENNEMANN
United States Bankruptcy Judge

Trustee, Richard B. Webber II, is directed to serve a copy of this Order/Memorandum Opinion on interested parties and file a proof of service within 3 days of entry of the Order/Memorandum Opinion.