United States Bankruptcy Court
Middle District of Florida

Webber, II,
    Plaintiff

Yerian,
    Defendant

Adv. Proc. No. 15-00064-KSJ

## CERTIFICATE OF NOTICE

District/off: 113A-6     User: hnadia     Page 1 of 1     Date Rcvd: Jan 28, 2016
               Form ID: pdfdoc     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2016.
```
dft           +Keith A Yerian,    5767 Treasure Lane,    Grant, FL 32949-8203
md            +Michael A Tessitore,    Moran Kidd Lyons Johnson & Berkson PA,    111 N Orange Ave, Suite 900,
                Orlando, FL 32801-2307
pla           +Richard Blackstone Webber, II,    Zimmerman Kiser & Sutcliffe PA,    315 East Robinson Street,
                Suite 600,    Orlando, FL 32801-4341
dft           +Sun Y Pak,    5767 Treasur Lane,    Grant, FL 32949-8203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2016                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2016 at the address(es) listed below:
```
              Bradley J Anderson    on behalf of Plaintiff Richard Blackstone Webber, II
               banderson@zkslawfirm.com,   jconcannon@zkslawfirm.com
              Frank M Wolff    on behalf of Defendant Sun Y Pak fwolff@whmh.com,
               psmith@whmh.com;bhamilton@whmh.com;wolffecfs@gmail.com
              Frank M Wolff    on behalf of Defendant Keith A Yerian fwolff@whmh.com,
               psmith@whmh.com;bhamilton@whmh.com;wolffecfs@gmail.com
              Michael A Tessitore    on behalf of Mediator Michael A Tessitore mtessitore@morankidd.com
              Richard B Webber, Trustee    on behalf of Plaintiff Richard Blackstone Webber, II
               rbwebber@ecf.epiqsystems.com,   rschohl@zkslawfirm.com
                                                                                             TOTAL: 5
```

ORDERED.

Dated: January 27, 2016

*Karen S. Jennemann*
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| KEITH A. YERIAN, | ) | Case No. 6:15-bk-01720-KSJ |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| RICHARD B. WEBBER, TRUSTEE, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 6:15-ap-00064-KSJ |
| | ) | |
| KEITH YERIAN AND | ) | |
| SUN Y. PAK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER DIRECTING MEDIATION**

This adversary proceeding came on for consideration on the Trustee's Motion for Mediation Order (Doc. No. 33) (the "Motion"). After reviewing the pleadings and considering that the Parties potentially could resolve their dispute by mediation, it is

**ORDERED**:

1. The Motion (Doc. No. 33) is granted.

2. Parties are directed to each pay an equal share of the cost of the mediation, unless the Court orders otherwise.

3. The Trustee is authorized to pay from the Estate the Trustee's share of the costs of mediation upon conclusion of the mediation, which is currently scheduled for December 21, 2015, at 9:00 a.m.

4. Following the conclusion of the mediation, the mediator is directed to submit a written report identifying the parties in attendance and indicating whether any settlement was reached. If a settlement is reached, the Parties are directed to file a written settlement agreement executed by the Parties within fourteen (14) days from the conclusion of the mediation and to promptly seek necessary court approval.

5. Mediation must be completed by **February 3, 2016**.

###

Copies furnished to:

The Clerk is directed to serve a copy of this order on all interested parties.