ORDERED.

Dated:  February 10, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

KEITH A. YERIAN,                                    CASE NO.: 6:15-bk-01720-KSJ

    Debtor.                                              Chapter 7
_____/

RICHARD B. WEBBER II,
as Chapter 7 Trustee,

    Plaintiff,
v.                                                                Adv. No.: 6:15-ap-64-KSJ

KEITH A. YERIAN and
SUN Y. PAK,

    Defendants.
_____/

**ORDER PARTIALLY GRANTING AND PARTIALLY DENYING TRUSTEE'S MOTION TO COMPEL THIRD PARTY, MWAGUSI SOFTWARE, LLC, TO COMPLY WITH A SUBPOENA TO PRODUCE DOCUMENTS**

THIS CASE came on for consideration for hearing on February 3, 2016 at 1:30 p.m. upon the Trustee's Motion to Compel Third Party, Mwagusi Software, LLC, to Comply with a Subpoena to Produce Documents (Doc. No. 44) (the "Motion to Compel").  The Court, having

reviewed the Motion to Compel, heard argument of counsel, and being fully advised in the premises, finds that the Motion to Compel should be granted in part and denied in part. Accordingly, it is

**ORDERED**:

1. The Trustee's Motion to Compel is GRANTED in part and DENIED in part.

2. All of Mwagusi Software, LLC's objections that production of the documents identified in the Trustee's Subpoena to Produce Documents would be unduly burdensome are OVERRULED.

3. On or before February 12, 2015, Mwagusi Software, LLC shall produce all documents that are responsive to the Trustee's Subpoena to Produce Documents.

4. For the documents provided in response to the Trustee's Subpoena, (1) Trustee shall keep the documents produced in confidence; and (2) only Trustee, Trustee's counsel, and persons at the law firm of Zimmerman, Kiser & Sutcliffe P.A. may view the documents produced.

5. Trustee shall not disclose any documents produced by Mwagusi Software, LLC in response to the Subpoena to any third parties not subject to this Confidentiality provision of this Order, unless Mwagusi Software, LLC authorizes the disclosure of said document, or after notice and hearing the Court authorizes the disclosure.

6. The Court retains jurisdiction to enter any Orders henceforth authorizing or denying the disclosure of any documents.

7. Trustee shall file an Amended Adversary Complaint on or before February 26, 2016.

8. Debtor, Keith A. Yerian, and Defendant, Sun Y. Pak, shall file their Answers to the Trustee's Amended Adversary Complaint on or before March 11, 2016.

Trustee, Richard B. Webber II, is directed to serve this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.