UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Keith A. Yerian,

    Debtor.

_____/

Richard Blackstone Webber, II,
Chapter 7 Trustee

    Plaintiff,

v.

Keith A. Yerian and Sun Y. Pak,

    Defendants.

_____/

Chapter 7
Case No.: 6:15-bk-07120-KSJ

Adv. Proc. No. 6:15-ap-00064-KSJ

## MOTION FOR J. REID YODER TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 2090-l(c) of the Rules of the United States Bankruptcy Court for the Middle District of Florida, the undersigned move for an order allowing J. Reid Yoder, Esquire to appear in this Court *pro hac vice* as co-counsel on behalf of Defendants, Keith A. Yerian and Sun Y Pak, in the above-styled matter and state as follows:

1.    J. Reid Yoder is an attorney of the law firm of DiCaudo, Pitchford & Yoder, LLC, 209 South Main Street, Third Floor, Akron, Ohio 44308, telephone (330) 762-7477, facsimile (330) 762-8059, email ryoder@dpylaw.com.

2.    Mr. Yoder is an active member in good standing of the bar in the State of Ohio, where he regularly practices law. Mr. Yoder's bar license number is 0076587.

3.    Mr. Yoder has been admitted to practice before the following courts: 6th Circuit Court of Appeals, U.S. District Court, Northern District of Ohio, U.S. District Court, Southern District of Ohio and all Ohio State Courts.

4.    Mr. Yoder is a member in good standing of the bars of the courts listed in paragraph 3.

5.    Mr. Yoder is not currently suspended from the practice of law before any court or jurisdiction.

6.    Mr. Yoder is not currently the subject of any complaint for unethical conduct, and no disciplinary proceeding or criminal charges are pending before any court or jurisdiction.

7.    Mr. Yoder is not a State of Florida resident and does not maintain an office in the State of Florida for the practice of law.

8.    Mr. Yoder is familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04, and the Local Rules, United States Bankruptcy Court, Middle District of Florida, including Rule 2090-1. Mr. Yoder is familiar with, and will adhere to the Code of Professional Responsibility and the other standards and requirements governing the professional behavior of members of the Florida Bar.

9.    Mr. Yoder designates Frank M. Wolff and the law firm of Frank Martin Wolff, P.A., 1851 West Colonial Drive, Orlando, FL 32804 as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the

progress of the matter upon which Mr. Yoder seeks to appear *pro hac vice.*

10.    Mr. Yoder will timely complete the Special Admission Attorney Certification of the United States District Court, Middle District of Florida and mail an original of said certification along with the $150.00 Attorney Special Admission Fee to the Clerk of Court of the United States District Court, Middle District of Florida.

11.    Through his signature affixed below, Frank M. Wolff of the law firm Frank Martin Wolff, P.A., hereby consents to such designation.

Frank M. Wolff
Frank M. Wolff
Florida Bar No. 319521
Frank Martin Wolff, P.A.
1851 W. Colonial Dr., Suite 200
Orlando, FL 32804
Telephone: (407) 648-0058
Facsimile:  (407) 648-0681
Email: fwolff@fmwpa.com

Attorneys for Defendants


J. Reid Yoder
Ohio Bar No. 0076587
DiCaudo, Pitchford & Yoder, LLC
209 South Main Street, Third Floor
Akron, Ohio 44308
Phone (330)762-7477
Fax (330) 762-8059
Email: ryoder@dpylaw.com

## CERTIFICATE OF SERVICE

I certify that on March 24, 2016 the foregoing motion to appear *pro hac vice* was been served to all "filing users" by using the CM/ECF system.


/s/ Frank M. Wolff_____
Frank M. Wolff