UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

www.flmb.uscourts.gov

In re:

Keith A. Yerian,

    Debtor.
_____/

Chapter 7
Case No.: 6:15-bk-01720-KSJ

RICHARD B. WEBBER, II
CHAPTER 7 TRUSTEE,

    Plaintiff,

v.

KEITH A. YERIAN;
SUN Y. PAK; and MWAGUSI
SOFTWARE, LLC

    Defendants.
_____/

ADV. NO.: 15-ap-00064-KSJ

## **APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Appellant, Sun Y. Pak ("Appellant"), pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby submits her statement of issues to be presented on appeal:

Appellant presents the following issues on appeal:

1.    Whether the Bankruptcy Court committed reversible error when it ruled that Appellant was the recipient of a fraudulent transfer when Appellant received funds which were originally transferred from a third party to an account in the name of both Appellant and her husband, Debtor Keith Yerian ("Yerian"), with all of the unities of tenants by the entireties, and then later transferred to an account solely in Appellant's name.

1

2. Whether the Bankruptcy Court committed reversible error when it ruled that the joint account held by Appellant and Yerian was held as joint tenants with right of survivorship, and not held as a tenancy by the entirety, although the six unities were present.

3. Whether the Bankruptcy Court committed reversible error when it failed to apply or rebut the presumption in favor of tenancy by the entireties to the account in which the funds were originally transferred.

4. Whether the Bankruptcy Court committed reversible error in granting to Appellee a fraudulent transfer judgment against Appellant for $128,000.00 when the funds came from an account held as tenants by the entireties.

**CERTIFICATE OF SERVICE**

I CERTIFY that on March 24, 2017, a true and correct copy of the above Notice of Appeal has been furnished electronically via the Court's CM/ECF system or via U.S. Mail to the following, and to all others who requested to receive notice via this Court's CM/ECF filing system:

Keith A. Yerian, Debtor
5767 Treasure Lane
Grant, FL 32949

Sun Y. Pak
5767 Treasure Lane
Grant, FL 32949

Frank M. Wolff, Esq.
Frank martin Wolff, P.A.
19 E. Central Blvd.
Orlando, FL 32801
407-982-4448
Fwolff@fwolfflaw.com
Counsel for Defendants

J. Reid Yoder, Esq.
DiCaudo, Pitchford & Yoder, LLC

Richard B. Webber, II, Esq., Trustee
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
407-425-7010
rwebber@zkslawfirm.com
Plaintiff and Counsel for Plaintiff

Bradley J. Anderson, Esq.
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL 32802
407-425-7010
banderson@zkslawfirm.com
Counsel for Plaintiff

Charles R. Sterbach, U.S. Trustee
George C. Young Federal Building

| | |
|---|---|
| 209 South Main Street, 3rd Floor<br>Akron, OH 44308<br>330-762-7477<br>ryoder@dpylaw.com<br>Counsel for Defendants | 400 West Washington Street, Suite 1100<br>Orlando, FL 32801<br>407-648-6301<br>USTP.Region21@usdoj.gov |

                                            */s/ Michael A. Nardella*
                                            Michael A. Nardella