ORDERED.

Dated: December 06, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| KEITH A. YERIAN, ) | Case No. 6:15-bk-01720-KSJ |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| RICHARD BLACKSTONE WEBBER, II, ) | |
| TRUSTEE, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adversary No. 6:15-ap-00064-KSJ |
| ) | |
| KEITH A. YERIAN, SUN Y. PAK, and ) | |
| MWAGUSI SOFTWARE, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER SETTING ORAL ARGUMENTS**

This adversary proceeding came before the Court for consideration of the Order entered on October 17, 2017, by District Court Judge Roy B. Dalton, Jr., Re: Appeal on Civil Action Number: 6:17-cv-460 (Doc. No. 171) ("District Court Order"). After reviewing the pleadings and considering the position of all interested parties, it is

**ORDERED:**

1. Oral arguments in response to the District Court Order are scheduled in this adversary proceeding at 2:00 p.m. on January 25, 2018, in Courtroom 6A, 400 West Washington Street, 6th Floor, Orlando, FL 32801.

2. The Court may continue the hearing upon announcement made in open court without further notice.

3. Any party opposing the relief sought must appear in person, or any objections or defenses may be deemed waived.

4. <u>Avoid delays at courthouse security checkpoints.</u> You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the courthouse.

###

The Clerk's office is directed to serve a copy of this notice on interested parties.